MORENO & RIVERA, LLP
1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1301

Jesse M. Rivera, CSN 84259
Jonathan B. Paul, CSN 215884
Shanan L. Hewitt, CSN 200168

Attorneys for Defendants,
SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, DEPUTY MARTIN, DEPUTY POMERSON, and DEPUTY TONI

### IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS C. MASONE, <br><br> Plaintiff, <br><br> vs. <br><br> SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, et al., <br><br> Defendants. | CASE NO. CIV.S-07-1947 LKK EFB PS <br><br> **STIPULATED AND ORDER RE DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)]** |

It is hereby stipulated, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and between the plaintiff DOUGLAS C. MASONE, in pro per, and defendants SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, DEPUTY MARTIN, DEPUTY POMERSON, DEPUTY TONI by and through their attorney, Jonathan B. Paul that the entire action is dismissed with prejudice forthwith.

/s/ Douglas C. Masone

Dated: April 22, 2008
_____
Douglas C. Masone

///

///

Dated: April 18, 2008                             /s/ Jonathan B. Paul
                                                  JONATHAN B. PAUL
                                                  Attorney for Defendants, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, DEPUTY MARTIN, DEPUTY POMERSON, and DEPUTY TONI

In consideration of the Stipulation entered by the parties, the <u>Masone v. Sacramento County Sheriff's Department et. al.</u>, United States District Court, Eastern District of California, Case No. CIV S-07-1947 LKK EFB PS is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) and (2).

**IT IS SO ORDERED**.

Dated: May 1, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT